

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00388-CV

## IN RE UNION PACIFIC RAILROAD COMPANY

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Alma L. López, Chief Justice
     Phylis J. Speedlin, Justice
     Steven C. Hilbig, Justice

Delivered and Filed: August 20, 2008

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relator's petition for a writ of mandamus and the response of the

real parties in interest and is of the opinion that relief should be denied. Accordingly, relator's

petition for a writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2005-CI-18347, pending in the 288th Judicial District Court, Bexar County, Texas, and Cause No. 2006-CI-08844, pending in the 73rd Judicial District Court, Bexar County, Texas. The challenged order was signed by the Honorable Karen H. Pozza, presiding judge of the 407th Judicial District Court, Bexar County, Texas.